**Order filed, January 31, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00104-CV

_____

### JOE Y. ROGERS, III, Appellant

V.

### SANDRA ROGERS MILLER, AS INDEPENDENT ADMINISTRATOR WITH WILL ANNEXED OF THE ESTATE OF JOE Y. ROGERS, JR., Appellee

_____

**On Appeal from the County Court at Law #4**
**Williamson County, Texas**
**Trial Court Cause No. 17-0461-CP4A**

_____

### ORDER

The reporter's record in this case was due January 21, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Thomas McMinn, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.


PER CURIAM


Panel Consists of Justices Wise, Jewell and Poissant.